AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAVID MEADOWS | ) | Case No. |
| | ) | 5:16-mj-1059-PRL |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/8/11 through 9/22/16_____ in the county of _____LAKE_____ in the

___MIDDLE___ District of _____FLORIDA_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2)(B) and (b)(1) | Receipt/Distribution of Child Pornography |
| 18 U.S.C. 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Ryan Eggland, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __9-23-2016__

_____
_Judge's signature_

City and state: _____Ocala, Florida_____

Philip R. Lammens, United States Magistrate Judge
_Printed name and title_

STATE OF FLORIDA                              MDFL CASE NO. 5:16-mj-1059-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan G. Eggland, being duly sworn, declare and state as follows:

1.      I am a Special Agent (SA) employed with the Department of Homeland

Security (DHS), Homeland Security Investigations (HSI) and have been so employed

since October 2009.  I am currently assigned to the Orlando, Florida office of HSI, and

my duties include the enforcement of federal criminal statutes including but not limited

to Titles 8, 18, 19, 21, and 31 of the United States Code.  I am a law enforcement officer

of the United States within the meaning of 19 U.S.C.§ 1401(i), and am empowered to

investigate and make arrests for violations of United States criminal laws within the

meaning of 18U.S.C.§2510(7).  Before becoming employed with HSI, I was employed

as a special agent with the Internal Revenue Service Criminal Investigation Division

(IRS-CID) for approximately eight years.  As a special agent with IRS-CID, I was

charged with the enforcement of federal criminal statutes including but not limited to

Titles 18, 26, and 31 of the United States Code.  Before becoming a special agent in

2001, I worked for Merrill Lynch for approximately three years conducting financial

analysis of businesses and individuals.

2.      My formal education includes a Bachelor's degree in Business

Administration and a Master's degree in Business Administration from the University of

North Florida.  Through numerous advanced law enforcement training programs, I have

received specialized training in the investigations of sex crimes, child exploitation, child

pornography and computer crimes.  I have participated in training courses for the

investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251, 2252 and 2252A. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

3.      This affidavit is submitted in support of an application for the issuance of a criminal complaint and arrest warrant for David Meadows (MEADOWS). As set forth in more detail below, I believe there is probable cause that MEADOWS knowingly received, distributed, and possessed child pornography, that is, sexually explicit images of minors, in interstate commerce, in violation of violation of 18 U.S.C. §§ 2252(a)(2)(B) and (b)(1), and 18 U.S.C. §§ 2252(a)(5)(B) and (b)(2) in Lake County, Florida, within the Middle District of Florida.

4.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

2

## STATUTORY AUTHORITY

5.      Title 18, United States Code, Section 2252A(a)(2) prohibits a person from knowingly transporting, shipping, receiving, or distributing, any child pornography, as defined in 18 U.S.C. § 2256(8) when using any means or facility of in interstate commerce, or in or affecting interstate commerce. Title 18, United States Code, Section 2252A(a)(5) prohibits a person from knowingly possessing any child pornography, using any means or facility of in interstate commerce, or in or affecting interstate commerce.

## DETAILS OF THE INVESTIGATION

6.      In July of 2016, I learned that a subject named Glenn Schulz ("SCHULZ") of Vancouver, Canada was arrested by London Metropolitan Police when he traveled to the United Kingdom (U.K.) in an attempt to solicit/meet a minor for sexual purposes in violation of the laws of the U.K. SCHULZ has since pled guilty to the charges. The Royal Canadian Mounted Police (RCMP) conducted a search warrant at SCHULZ's residence in British Columbia following his arrest. Two laptop computers and a desktop computer were seized subject to the search warrant and lawfully previewed by computer forensic analysts with the RCMP. RCMP determined that SCHULZ was in frequent communication with other individuals reference his interest in child sexual exploitation.

7.      During the subsequent investigation by U.K. police it was specifically revealed that SCHULZ had been in email communication via the internet with someone using the email address villagesdad1973@yahoo.com. The email communications dated back to 2012 and contained instances where villagesdad1973@yahoo.com had

3

sent child pornography images to SCHULZ. Much of the conversation between

MEADOWS and SCHULZ revolved around their mutual interest in child sexual

exploitation.

8.      On September 9, 2016, Yahoo!, Inc. responded to a summons and

identified a series of IP addresses with dates and times the

villagesdad1973@yahoo.com account was accessed. From November 8, 2011 to

present villagesdad1973@yahoo.com was registered to:

**Full Name**: D M

**Alternate Communication Channels**: 352-267-4485; villagesdave@yahoo.com

**Account created**: November 8, 2011

**Other Identities**: villagesdad1973; lildebonly9; lildavey9; debmomof2lilones;

closetedbidad; mombaby7months; ptboylvr

9.      An internet search of 352-267-4485 led to the Facebook page of David

MEADOWS. Several pictures are viewable on MEADOWS' Facebook of himself and his

family. A picture thought to be villagesdad1973@yahoo.com found on SCHULZ's

computer is the same individual that is depicted on MEADOWS' Facebook page. The

child that MEADOWS represents to SCHULZ to be his daughter (Victim 1) is actually his

granddaughter. MEADOWS does have a daughter with the same name that he uses in

the emails, but she is now of adult age. MEADOWS appears to have several

grandchildren in the age ranges that SCHULZ and MEADOWS discussed over email.

MEADOWS' Facebook page indicates that he is employed as a chief radio and tv

engineer at The Villages of Lake Sumter, and has worked there since February 28,

4

1990. Some photos on MEADOWS' Facebook page depict MEADOWS sitting in the same chair as a separate photo sent to SCHULZ.

10.     During the preview of SCHULZ's computers, email messages were observed to have been sent April 6, 2016 and April 7, 2016 between slystallone30@yahoo.com (known to be SCHULZ) and villagesdad1973@yahoo.com (MEADOWS) where the exploitation of children is discussed. Specifically, SCHULZ outlines a plan for MEADOWS and his daughter (Victim 1) or entire family to come visit him in Vancouver amongst continued dialogue of sexual contact with children. SCHULTZ received a reply from MEADOWS indicating that he may travel with his daughter (Victim 1) to visit SCHULTZ and allow SCHULTZ to have sexual contact with her. MEADOWS detailed: "Just me knowing that you are holding my little girl in your lap and that your love is rising under her would make me sooo happy. I have even thought of ways for you to be able to express your love for [Victim 1] fully and completely without her being able to report back to her mother." The emails also reference earlier contact between SCHULZ and MEADOWS back in 2012.

11.     Full forensic analysis of SCHULZ's computer has not yet been completed. However, several other email messages have been found between villagesdad1973@yahoo.com (MEADOWS) and ediotguy1@gmail.com (SCHULZ) from December 15, 2012 through January 27, 2013. MEADOWS mentioned that he has a three year old, and may want to visit SCHULZ. SCHULZ created sex dolls that represent a 2 year old girl and a 3 year old girl. SCHULZ and MEADOWS converse through these emails about having sexual contact with the dolls at the same time as

5

with MEADOWS' daughter (Victim 1). MEADOWS said, "I want to be inside your little cloe and feel her tiny places caressing my cock as I watch [Victim 1's] eyes as you slowly slip inside her." He also said, "It would be a lot of fun for us all to go to a movie with lots of kids around us and let [Victim 1] get in your lap. I like the idea of you touching her with lots of children around. Does this turn you on as much as it does me?" MEADOWS also wrote about his daughter, "I would love to be kissing her and using my fingers to feel her stretching around you." It can also be seen that MEADOWS sent child pornography to SCHULZ during their email conversations. On January 25, 2013, MEADOWS wrote, "I can hear her squealing and squirming as that nice penis of yours pushes into her. I would LOVE to hold [Victim 1] in my lap with my arms around her and use my fingers to feel you and her as you make love to her. The feel of your hardness entering my baby would make me sooo hard."

12.     Other email messages have been found between villagesdad1973@yahoo.com (MEADOWS) and cobrarules2@hushmail.com (SCHULZ) from March 6, 2015 and March 10, 2015. MEADOWS wrote, "[Victim 1] is growing up and having a doll would allow me to live out my special desires anytime I wanted. I DO have access to some little ones once in a while, but not on a regular basis. It's also not normal to be able to get "into" the subject without a lot of noise and evidence."

13.     On August, 11, 2016, I opened a new email account with Yahoo!, Inc. with the username slystallone80@yahoo.com using fictitious information. I sent the following message to villagesdad1973@yahoo.com on the same day:

"Dear Dave,

6

Hello there my good friend. How are things going in your life? Things are going well up here in Canada, but my computer has completely crashed and I lost everything! I will enjoy making and sharing new videos with my precious dollies, but the real pictures and videos I got from you and another friend I don't hear from much anymore are lost forever. I've really enjoyed looking back over some of the more hardcore stuff you shared with me in the past. I love how excited I get to play with my little beauties after looking at them. Do you still have the ones you sent me or others you can share? I am forced to rebuild my library from scratch, and won't dare to contact anyone I do not trust completely. I hope to hear from you soon.

Your Secret Friend,

Glenn"

14.     On August 18, 2016 at 12:20PM, villagesdad1973@yahoo.com sent slystallone80@yahoo.com the following message:

"Hi Glenn, I'm so sorry to hear your computer crashed. I hope you destroyed the hard drive really well.. I will have to get some videos together to send you. I have watched the last one you sent me of your newest little friend over and over and once even with [Victim 1] in my lap sleeping. I have to admit that when I watch you my bi-sexual tendencies tend to come out. I would LOVE to play with you and one of your little dollies together and I would LOVE to give you somewhere to put your hardness that can react back to you...... :) I hope that's not coming onb too strong but i think we share a lot of the same desires. It would be fun to be with you and go to a movie.. maybe a Disney movie..lots of kids around and we could talk quietly and help each other enjoy the

7

scenery. I am very serious. I have never felt like this with another guy before, but when I watch you..i just feel so ...in need.

I'll get some videos put together for you.. do you have any special requests?

Your secret friend, Dave

BTW, here's a pic of what i have to offer....lol"

A file was attached to the email (20160228_123631-2-1.jpg). This is a photograph of MEADOWS with a female child that has been identified as his granddaughter sitting in his lap. The same (or a very similar photo) was recovered from SCHULZ's computer.

15. On August 18, 2016 at 12:24PM, villageddad1973@yahoo.com sent slystallone80@yahoo.com the following message:

"Got my mind wandering.. imagine me like this.....lol.. hope I don't go to far. Dave"

A file was attached to the email (dressed up for glenn.jpg). This is a photograph of an adult male from the lower torso to the thighs wearing a white translucent pair of underwear with a white bow. The adult male's penis and genitals can be seen through the underwear.

16. On August 19, 2016 at 11:00AM, I sent the following message from slystallone80@yahoo.com to villagesdad1973@yahoo.com:

"Hi Dave, you are right. I know I need to destroy the old hard drive to avoid getting caught, but can't bring myself to do it so far. Right now it is in my closet. I guess deep down I'm hoping to miraculously find some way to fix it and restore the collection it

8

took me so long to build. Now I am weary of downloading files from the same place as I think that is where my last computer was infected. Have you found any safe methods of obtaining new material? Have you ever gotten a virus like this and been able to restore the computer? I can't take it to a tech service for obvious reasons.

I really liked the PTHC stuff you sent me before, but I like all ages as you can see from my dollies. I would love anything you can put together. Tiny hardcore, younger the better = HOT!!!

Your secret friend,

Glenn"

17.    On August 19, 2016 at 12:01PM, villagesdad1973@yahoo.com sent the following message to slystallone80@yahoo.com:

"Glenn, you need to start using TOR. Do a web search for tor browser and the dark web. Once you are able to use it there are a ton of sites that have the kind of thing you and I enjoy. i won't be able to respond again till Monday but will check my mail then."

18.    On August 19, 2016 at 12:57PM, I sent the following message from slystallone80@yahoo.com to villagesdad1973@yahoo.com:

"Thanks Dave, I'll check that out. I'm anxious to see what kind of videos you put together for me. Maybe I can act out scenes with my angels at home... :) lol"

19.    On August 22, 2016 at 11:19AM, villagesdad1973@yahoo.com sent the following message to slystallone80@yahoo.com:

"Please glenn, make me some videos. I want you to show off your cock and then

9

use one of your little pretties. I want to hear you saying how much you want me feeling

you inside her. Here are a couple of vids to hold you over.

Your secret friend, Dave"

Two files were attached to the email (honeysis pt3(long).wmv and J5GLk4m.jpg).

J5GLk4m.jpg is an image file depicting a computer generated female toddler in a

playpen with her hand on the exposed erect penis of an adult male standing beside the

playpen wearing jeans and no shirt. honeysis pt3(long).wmv is a 3 minute 18 second

video of a female infant/toddler laying on her back with her legs spread on top of an

open diaper. The infant/toddler is wearing a striped shirt and naked from the waist

down. The camera angle and zoom is focused on the vaginal area with only the thighs

and abdomen in view. A hand that appears to be that of an adult male is rubbing what

appears to be saliva or male ejaculate around and into the infant/toddler's vagina. The

infant/toddler's vagina is penetrated several times by the adult fingers.

20.     On September 15, 2016 at 9:54PM, villagesdad1973@yahoo.com sent

slystallone80@yahoo.com the following message:

"I have been thinking about you a lot, and thinking about you THAT way Glenn. I

have some new baby and toddler videos I will send you, but I really want you to make

me a video with one of your little darlings and I want you to talk to me as you are doing

it. Pretend I am there, touching her, touching you, the 3 of us together. Do it slow, show

off for me, I love seeing you.

I'm ashamed to think so,e times that I wish I was one of your little friends. Send

me some things that make me happy knowing we could play. The more you send and

10

include me in your playtime, the more little videos I'll send. I have a couple that are right up your alley.

I wish I could come up there and see you in person. I think we'd have a lot of fun. I'm ashamed to admit how much I like watching you. You have a beautiful pens and you it so lovingly. Every time I look at me again I think about what it would be like to sit there and watcher in your lap. To hear her laugh. See your arms around her tickling her. Only I would know that you were hard under her and what you really want to do to her. See Glenn, when I think about her in your lap, I actually get jealous because down deep......I want to be your little girl.....blushing

Hope to hear back soon

Your friend dave

Sent from my Samsung Galaxy Tab@S"

21.     On September 16, 2016 at 12:24PM, villageddad1973@yahoo.com sent slystallone80@yahoo.com the following message with the subject line "my promise":

"Hello Glenn my friend, I hope this e-mail finds you well. I'm happy to hear you are working now. As I promised, here are a few little things for you. I'll wait till I see what you send me before I send any more. Keep me with your thoughts. Dave"

Seven files were attached to the above email, three video files and four image files. BabyAlison-Miniclips-05.avi is a 33second color video with sound that depicts a female infant/toddler laying naked on her back with legs spread while adult hands manipulate and penetrate her vaginal area. Ef32e106-2cdf-4b9a-8685-26faf02ec6b6.mp4 is an 11second color video with sound that depicts a female

11

infant/toddler laying naked on her back with legs spread while adult hands manipulate and penetrate her vaginal and anal areas. 3.wmv is a 4minute 27second color video without sound that depicts an adult male with an amputated leg instructing a female child (approximately 4 years of age) to take off her underwear and lay on top of him rubbing her vaginal area on his exposed and erect penis.

22.    On, September 12, 2016, Domain Name System (DNS) checks were made on the IP addresses obtained from Yahoo!, Inc. through the American Registry for Internet Numbers (ARIN). I received information that the IP addresses 2601:881:1:d389:4182:8ab3:e45d:eeef (06/08/2016 at 23:33:42GMT); 2601:881:1:d389:a002:dbcd:99e:29e8 (08/10/2016 at 00:29:09GMT, 00:29:26GMT, 00:41:12GMT, and 00:47:34GMT); 2601:881:1:d389:ac6a:eb22:7b9:d9dd (08/14/2016 at 15:45:36 GMT and 15:45:46GMT); and 2601:881:1:d389:dcb5:6274:589a:2113 (06/04/2016 at 19:08:40GMT) are registered to Comcast. I then served a Department of Homeland Security summons on Comcast for the subscriber information of the user of these IP addresses during the above dates and times they were logged into villagesdad1973@yahoo.com. On September 14, 2016, Comcast responded with the service address and subscriber information that was assigned the affected IP addresses at the above dates and times. All of the above IP addresses were accessed from the same service address on the above dates and times they were logged into villagesdad1973@yahoo.com: 600 Gibson Street, Leesburg, FL 34748. The subscriber name is David Meadows with a telephone number of 352-267-4485.

24.     A search was conducted in the Florida Department of Motor Vehicle's Driver and Motor Vehicle Identification Database (DAVID).  MEADOWS was issued a unique Florida driver's license number on June 10, 2011 listing a date of birth of XX/XX/63, a Social Security number of XXX-XX-9536, an address of 610 Gibson Street in Leesburg, FL, and a photo that matches the same individual in pictures sent by villagesdad1973@yahoo.com to both SCHULZ and to an undercover email account described above.  MEADOWS has two vehicles registered to him, a 2012 blue Nissan Sentra with Florida license plate 416PBD and a white 2008 Hyundai Tucson with Florida license plate 415PBD.  On May 23, 2016 MEADOWS was in a traffic accident driving a 2008 Chevrolet Express Cargo van with Florida license plate BSKV72 registered to The Villages Communications, Inc.

25.     On September 21, 2016, the Honorable Philip R. Lammens, U.S. Magistrate Judge for the U.S. District Court for the Middle District of Florida, authorized the issuance of a search warrant for the residence at 600 Gibson Street, Leesburg, Florida 34748.

26.     On September 22, 2016, I, along with other HSI special agents and members of the Florida Department of Law Enforcement (FDLE) Cyber Crimes Task Force and Leesburg Police Department, executed the search warrant.

27.     SA McClenahan, Group Supervisor Tim Dwyer, and I knocked on the door of the residence prior to the execution of the search warrant.  MEADOWS answered the door. I told MEADOWS that I was there to discuss contacts MEADOWS may have had with a person I was investigating. I asked him if he used the email address

13

villagesdad1973@yahoo.com. MEADOWS admitted to using

villagesdad1973@yahoo.com and other online identities to trade child pornography and

engage in "fantasy chat" where he discusses various sexual fantasies with other people

over the internet. MEADOWS said that he sent child pornography files from the

villagesdad1973@yahoo.com email address to an individual named Glenn. I showed

MEADOWS screenshots from files known to be received by SCHULZ (Glenn), and

MEADOWS indicated that they were files similar to or the same as what he would have

sent to Glenn.

28.     MEADOWS indicated that he is sexually aroused both by child

pornography and by other men who are sexually aroused by children. MEADOWS said

that he channels his sexual interest in children through sexual gratification from child

pornography and fantasy chats. He stated that he masturbates to that material, but has

not abused a real child or taken inappropriate photos of any children. MEADOWS told

me that agents would find child pornography stored within a hidden video/image

application on his phone located on a bedside table within his residence. MEADOWS

also indicated that he has child pornography stored within his office at a radio tower

work location.

29.     SA McClenahan advised MEADOWS of his Miranda warnings and

MEADOWS agreed to continue to talk with the agents. MEADOWS read and signed a

consent to search form authorizing law enforcement to search the radio tower location

that he regularly accesses and controls as part of his job duties. MEADOWS agreed to

allow the agents to retrieve various items, to include a personal computer and external

14

storage device that MEADOWS claimed contained child pornography, from the office. MEADOWS provided passwords for his cell phone and cell phone video/image concealment application. MEADOWS also provided passwords for the encrypted space that would be found on the computer and external storage device located at his work location.

30.    Execution of the search warrant did not occur until I left the area with MEADOWS. SA McClenahan and I drove with MEADOWS to his radio tower work location. SA Nester Perez followed in a different vehicle, and was present for the search of the radio tower work space. MEADOWS rode in the front seat without any restraints. It was made clear to MEADOWS that he was not under arrest. MEADOWS brought his keys with him. He unlocked the gate leading up to the structure and the door leading to his desk space. The desk that MEADOWS said he normally occupies is the only desk inside the building. MEADOWS pointed to a tower computer, indicating it to be the personal computer he used to download and share child pornography. MEADOWS also instructed agents where to find the personal external storage device that he said would contain child pornography. MEADOWS indicated that he is the only one that has access to that computer, and instructed SA McClenahan where on the computer his "collection" of child pornography would be found.

31.    MEADOWS admitted to making inappropriate advances a minor child who was in his care and custody when the minor was approximately 12 years old. He said that he touched the minor's breast area as part of his advances. The minor is now of adult age. MEADOWS denied any other inappropriate contact with a child.

15

32.     MEADOWS stated that he believes that an affinity toward child exploitation is hereditary, and that he has had a compulsion involving sexual interest in children for as long as he can remember. MEADOWS said that he has often feared what would have happened if the minor had been amenable to his advances when she was 12 years old.

33.     HSI CFA Jason Chapman conducted a forensic preview on a desktop computer located in the radio tower office space. In doing so, CFA Chapman found that the computer contained numerous images and videos of child pornography. Due to complicated encryption and other factors, a full forensic analysis will be required for an accurate child pornography image count. CFA Chapman viewed the files, and some of them are described as follows:

a.     3 month baby.M4V – This is a digital video file depicting a prepubescent female, approximately 3 to 6 months of age performing oral sex on an adult male. As the video progresses the adult male penetrates the toddler's vagina with his penis.

b.     Baby Alison-Minic-lips-01.AVI – This is a digital video file depicting a prepubescent infant toddler female approximately 6 months of age. The video depicts an adult male penetrating the toddler's vagina with his fingers.

c.     Sarah Anal bead experience complete.mp4 – This is a digital video file depicting a prepubescent female, approximately 1 year of age, having her anus penetrated with a sex toy. As the video progresses, the adult male ejaculates on the toddler's vagina.

16

    d.  CAM00235.MP4- This digital video file depicts a prepubescent toddler being forced to perform oral sex on an adult male.

  34.  SA Ken McClenahan conducted a forensic preview of MEADOWS'S LG phone found on the nightstand beside his bed. MEADOWS indicated that it was his phone and provided the passcodes to access the section containing child pornography. SA McClenahan viewed the contents of the hidden container and found numerous images of child pornography files. A full forensic analysis will provide for an accurate image count expected to be significantly more. SA McClenahan viewed the files he could, and some of them are described as follows:

    a.  Image 1– This is a digital image file depicting a prepubescent female, approximately 2 to 4 years of age, sitting nude on the lap of a nude adult male. The male's penis is shown partially penetrating the child's vagina.

    b.  Image – This is a digital image file depicting a nude prepubescent female, approximately 3 to 6 years of age lying on her stomach on a bed. There is what appears to be an adult female behind the child licking the child's vagina.

    c.  Video 1- This is a video depicting a nude male child, approximately 7-10 years of age lying on his back on what appears to be a bed. There is partially nude an adult male shown using his penis to penetrate the child's anus.

17

## CONCLUSION

35.    Based on the above, I have probable cause to believe that MEADOWS

knowingly received, distributed, and possessed child pornography that had been

shipped or transported using any means or facility of interstate or foreign commerce, or

shipped or transported in or affecting interstate or foreign commerce by any means,

including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and (b)(1), and 18

U.S.C. §§ 2252(a)(5)(B) and (b)(2).

This concludes my affidavit.

Ryan G. Eggland, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn and subscribed to before
me this 23 day of September, 2016.

Honorable Philip R. Lammens
United States Magistrate Judge

18